E-FILED
Friday, 31 October, 2014  01:53:10 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MACKENZIE SHRUM, a minor, by her father and next friend, Jarrod Shrum | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 14-3135 |
| BIG LOTS STORES, INC., LOHIA GROUP OF INDUSTRIES a/k/a LOHIA BUSINESS GROUP a/k/a LOHIA GROUP, DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO, and BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | JURY DEMANDED |

### PLAINTIFF'S MOTION TO CONDUCT LIMITED DISCOVERY VERSUS BIG LOTS

Plaintiff, by her undersigned attorney, respectfully moves this court for leave to conduct limited discovery versus defendant, Big Lots Stores, Inc. ("Big Lots), and in support thereof states:

1. Since August of this year plaintiff has been inquiring as to the liability coverages of Big Lots with respect to plaintiff's claim.

2. But despite letters and repeated telephone conversations, no information regarding Big Lots' coverage has been disclosed.

3. The inquiries to which plaintiff seeks answers are as follows:

    a. Prior to suit the claims of plaintiff's mother and father were settled with an

      adjuster from Ace North American Insurance Company; plaintiff needs to know which insurer made the payments to plaintiff's parents, who the insureds were under the policy or policies and whether policy or policies have been exhausted.

b.    Plaintiff also needs to know which insurer or insurers have issued liability policies to Big Lots, what the coverage limits are, and whether any of the "table top torch" claims have been settled under this policy or these polices.

Wherefore, plaintiff prays this court order Big Lots to respond to these inquiries in writing within 21 days.

                        MACKENZIE SHRUM, a minor,
                        by her father and next friend, Jarrod Shrum

                        By:  /s/ James P. Ginzkey
                            James P. Ginzkey, Attorney of Record

James P. Ginzkey
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   fax: (309)821-9708
ARDC #3124355
*jim@jimginzkey.com*

ShrumMotions-MotConductLimitedDiscVersusBigLots 10 30 14.wpd