**E-FILED**
Monday, 15 June, 2015  05:11:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| *MACKENZIE SHRUM, a minor, by her father and next friend, JARROD SHRUM,* )<br>)<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. )<br>) | Case No. 3:14-cv-03135 |
| *BIG LOTS STORES, INC., DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO, HOC INDUSTRIES, INC., BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC., and BUREAU VERITAS  CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.,* )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

## PROPOSED REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by James P. Ginzkey, Defendant Big Lots Stores, Inc. being represented by Walker Wilcox Matousek LLP and Defendant HOC Industries, Inc. being represented by Sandberg Phoenix & von Gontard P.C.  Counsel were unable to reach an agreement for a proposed discovery calendar for consideration by the Court.  The following are dates proposed by Defendant HOC Industries, Inc.

1.     Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by August 1, 2015.

2.     The deadline for amendment of pleadings is March 1, 2016.

3.     The deadline for joining additional parties is January 1, 2017.

4.     Plaintiff shall disclose experts and provide expert reports by October 1, 2016. Plaintiff shall make any such experts available for deposition by November 14, 2016.

5.     Defendant shall disclose experts and provide expert reports by January 1, 2017. Defendant shall make any such experts available for deposition by February 15, 2017.

6.      Discovery shall be modified as follows:

        (Use this space to add additional discovery limitations or deadlines.)

7.      All discovery, including deposition of experts, is to be completed by March 15, 2017.

8.      The deadline for filing case dispositive motions shall be April 30, 2017.

9.      If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production.

                                SANDBERG PHOENIX & von GONTARD P.C.


        By:    */s/ Jonathan T. Barton*_____
                Jonathan T. Barton, #6257357
                600 Washington Avenue - 15th Floor
                St. Louis, MO  63101-1313
                314-231-3332
                314-241-7604 (Fax)
                jbarton@sandbergphoenix.com

                *Attorneys for Defendant HOC Industries, Inc.*

## Certificate of Service

        I hereby certify that on the 15th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
Trial Attorney
221 East Washington Street
Bloomington, IL  61701
jim@jimginskey.com
*Attorney for Plaintiffs*

Edward P. Gibbons
Kyle Taylor Geiger
Walker Wilcox Matousek LLP
Suite 3200
1 North Franklin Street
Chicago, IL  60606
*Attorneys for Defendant Big Lot Stores, Inc.*

                                */s/ Jonathan T. Barton*_____

2